UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CLARENCE DEAN ROY** | **CIVIL ACTION NO. 16-1018** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF MONROE AND JAMES BOOTH** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' oral motion for dismissal of the claims against Sergeant James Booth is **GRANTED**, and the claims against him are **DISMISSED** for lack of jurisdiction.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** Judgment is hereby entered in favor of Defendant the City of Monroe and against Plaintiff Clarence Dean Roy, and this lawsuit is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

MONROE, LOUISIANA, this 29th day of August, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE